**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 14, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00440-CV
_____

## IN RE MARCO ANTONIO PEREZ FRANCO, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-30479**

---

## MEMORANDUM OPINION

On June 17, 2022, relator Marco Antonio Perez Franco filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Kristen Brauchle Hawkins, presiding judge of the 11th District Court of Harris County, to abate a June 21, 2022 order setting trial in this case in favor of the first, and conflicting, assigned trial setting in the 129th District Court of Harris County,

pursuant to Rule 10 of the Harris County District Court Rules of the Civil Trial Division.

On June 20, 2022, relator's counsel advised this Court by letter that the trial court had "unassigned" the trial setting at issue, advising the parties that the case will not go to trial on June 21, 2022. The trial court's notice further states that an assigned case not reached by the second Friday following the trial date will be reset.

Accordingly, we deny relator's petition for writ of mandamus as moot.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Hassan.